# United States Court of Appeals

### For the Eighth Circuit

_____

No. 23-2607

_____

United States of America

*Plaintiff - Appellee*

v.

Christian Douglas Hansen

*Defendant - Appellant*

_____

Appeal from United States District Court
for the Western District of Missouri - Kansas City

_____

Submitted: May 10, 2024
Filed: May 15, 2024
[Unpublished]

_____

Before GRUENDER, ERICKSON, and STRAS, Circuit Judges.

_____

PER CURIAM.

Christian Hansen appeals the below-Guidelines-range sentence the district court[1] imposed after he pled guilty to drug and money laundering offenses pursuant

---

[1]The Honorable David Gregory Kays, United States District Judge for the Western District of Missouri.

to a plea agreement containing an appeal waiver. His counsel has moved to withdraw and has filed a brief under *Anders v. California*, 386 U.S. 738 (1967), challenging the sentence.

Upon careful review, we conclude the appeal waiver is valid, enforceable, and applicable to the issues raised in this appeal. *See United States v. Scott*, 627 F.3d 702, 704 (8th Cir. 2010) (reviewing de novo the validity and applicability of an appeal waiver); *United States v. Andis*, 333 F.3d 886, 889-92 (8th Cir. 2003) (en banc) (enforcing appeal waiver if the appeal falls within the scope of the waiver, the defendant knowingly and voluntarily entered into the plea agreement and the waiver, and enforcing the waiver would not result in a miscarriage of justice).

Further, we have independently reviewed the record under *Penson v. Ohio*, 488 U.S. 75 (1988), and have found no non-frivolous issues for appeal outside the scope of the appeal waiver. Accordingly, we grant counsel's motion to withdraw and dismiss this appeal.

_____